No. 210. AMY ET AL. *v.* AMORÓS ET AL.—Appeal from the District Court of Guayama. Motion to dismiss appeal. Decided November 11, 1907. Appeal dismissed by reason of failure to comply with the provisions of section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules of this court. *Mr. Texidor* for petitioner. *Mr. Celestino Dominguez* for respondent.

---

No. 211. CARRO *v.* PÉREZ ET AL.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided November 12, 1907. Appeal dismissed by reason of failure to comply with section 12 of the Act of March 9, 1905, establishing unlawful detainer proceedings. *Mr. Emigdio S. Ginorio* for petitioner. *Mr. Cruz Castro* for respondent.

---

No. 207. JONES *v.* WENAR.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided November 25, 1907. Appeal dismissed by reason of failure to comply with the provisions of sections 11 and 12 of the Act of March 9, 1905, establishing unlawful detainer proceedings. *Mr. Hernández López* for petitioner. *Messrs. Sweet, Rossy & Campillo* for respondent.